Daniel J. Mogin (SBN 95624)
Jodie M. Williams (SBN 247848)
Jennifer M. Oliver (SBN 311196)
**MOGINRUBIN LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  (619) 687-6611
Facsimile:  (619) 687-6610
dmogin@moginrubin.com
jwilliams@moginrubin.com
joliver@moginrubin.com

Jonathan L. Rubin *(pro hac vice)*
**MOGINRUBIN LLP**
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Telephone: (202) 630-0616
Facsimile:  (877) 247-8586
jrubin@moginrubin.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Payment Logistics Limited,<br><br>           Plaintiff,<br><br>      v.<br><br>Lighthouse Network LLC, and Shift4 Corporation, and Shift4 Payments, LLC,<br><br>           Defendants. | Case No. 18-cv-00786-L-AGS<br><br>**PLAINTIFF PAYMENT LOGISTIC LIMITED'S NOTICE OF MOTION AND MOTION FOR EXPEDITED DISCOVERY AND ENTRY OF SCHEDULING AND CASE MANAGEMENT ORDER**<br><br>Judge: Hon. Andrew G. Schopler<br>Ctrm: 5C<br>Date: July 23, 2018<br>Time: 4:00 PM |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on July 23, 2018, in Courtroom 5C of the above-titled Court, located at 221 West Broadway, San Diego, California 92101, Plaintiff Payment Logistics Limited ("PLL") will and hereby does move the Court for an Order granting its Motion for Expedited Discovery and Entry of Scheduling and Case Management Order.  As discussed in PLL's accompanying Memorandum, good cause exists to allow PLL to conduct the limited discovery sought on an expedited basis, and entry of the proposed Scheduling and Case Management Order will allow the Court to decide PLL's Motion for a Preliminary Injunction, filed contemporaneously herewith, with sufficient evidence to make the requisite determinations.  PLL met and conferred with Defendants to resolve these issues and obtain the requested discovery informally, to no avail.  However, the parties were able to reach agreement on a truncated briefing schedule to have this motion resolved expeditiously.  *See* Joint Motion of the Parties for Order Entering Stipulated Briefing Schedules for PLL's Motions for Expedited Discovery and Preliminary Injunction, filed contemporaneously herewith.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support of Motion for Expedited Discovery and Entry of Scheduling and Case Management Order, the Proposed Order and exhibits attached thereto, the pleadings and papers on file, and upon such oral argument as may be heard on this Motion.

| | |
|---|---|
| Dated: June 29, 2018 | */s/ Jodie M. Williams*<br>Daniel J. Mogin (Bar No. 95624)<br>Jodie M. Williams (Bar No. 247848)<br>Jennifer M. Oliver (Bar No. 311196)<br>**MOGINRUBIN LLP**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>T: 619-687-6611<br>F: 619-687-6610<br>dmogin@moginrubin.com<br>jwilliams@moginrubin.com<br>joliver@moginrubin.com<br><br>Jonathan L. Rubin (*pro hac vice*)<br>**MOGINRUBIN LLP**<br>1615 M Street, NW, Third Floor<br>Washington, D.C. 20036<br>T: 202-630-0616<br>F: 877-247-8586<br>jrubin@moginrubin.com<br><br>*Counsel for Plaintiff* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -  18-cv-00786-L-AGS
PLAINTIFF PAYMENT LOGISTICS LIMITED'S NOTICE OF MOTION AND MOTION FOR EXPEDITED DISCOVERY